IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01876-WJM-KLM

LEATHEM STEARN, and
UTE MESA LOT 1, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for United Western Bank,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Extension of Time Within Which to Respond to Defendant's Motion to Dismiss [Docket No. 12]** [Docket No. 13; Filed October 12, 2011] (the "Motion").  As an initial matter, the Court notes that Plaintiffs' request for an extension of time does not comply in two respects with the Practice Standards of District Judge William J. Martinez.  First, all motions seeking an extension of time to file a document "must clearly establish good cause for the requested extension or continuance." *Practice Standards for Civil and Criminal Matters Before William J. Martinez* at II.E.2.  The Motion fails to state any reason establishing good cause for requesting the extension.  Second, "[n]o motion for an extension of time to file a document shall be considered unless it is filed prior to **12:00 noon on the court business day preceding the original deadline**." *See id.* (emphasis in original).  The Motion was filed at 4:16 p.m. on October 12, 2011.  The original deadline for submission of Plaintiffs' response is October 13, 2011. *See Motion* [#13] at 1.  Therefore, Plaintiffs' Motion was untimely.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice.**  In the interest of justice and because the Motion is unopposed, Plaintiffs may resubmit their motion for an extension of time **no later than October 14, 2011**, establishing good cause for the requested extension and stating why Plaintiffs' counsel was unable to file this Motion in a timely manner.

    Dated:  October 13, 2011